**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | **No. 17-208-2** |
| **SIDNEY CORNISH** | : | |
| | : | |

**ORDER**

This 23rd day of November, 2020, after consideration of Defendant's Emergency Motion for Compassionate Release/Reduction in Sentence (ECF No. 426) and the Government's Response (ECF No. 434), it is hereby **ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge